# NOS. 12-23-00011-CR
# 12-23-00012-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

|  |  |  |
|---|---|---|
| *EX PARTE* | § | *APPEALS FROM THE 369TH* |
|  | § | *JUDICIAL DISTRICT COURT* |
| *KARL KAUFFMAN* | § | *CHEROKEE COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant, Karl Kauffman, filed a motion to withdraw these appeals. The motion is signed by Appellant and his counsel. No decision has been delivered in either appeal. Accordingly, Appellant's motion to dismiss is granted, and the appeals are ***dismissed***. *See* TEX. R. APP. P. 42.2(a).

Opinion delivered April 28, 2023.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(DO NOT PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**APRIL 28, 2023**

**NO. 12-23-00011-CR**

**EX PARTE: KARL KAUFFMAN**

Appeal from the 369th District Court
of Cherokee County, Texas (Tr.Ct.No. 22279)

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**APRIL 28, 2023**

**NO. 12-23-00012-CR**

**EX PARTE: KARL KAUFFMAN**

---

Appeal from the 369th District Court
of Cherokee County, Texas (Tr.Ct.No. 22288)

---

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*